UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MARY E. BAILEY,

                Plaintiff,

-against-

TIM F. SHEEHAN,

                Defendant.

Civil Action No.
1:16-cv-1370 (GTS/CFH)

---

### STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY AGREED AND STIPULATED** by Plaintiff Mary E. Bailey ("Plaintiff") and Defendant Tim F. Sheehan ("Defendant"), by and through their undersigned counsel, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, any and all claims against the Defendant are hereby dismissed from the above-captioned action with prejudice, with each party to bear its own costs and fees incurred in connection with this action. No party hereto is an infant or incompetent.

Dated: February 10, 2020

Jonathan R. Goldman, Esq
Bar Roll No. 520155
*Attorneys for Plaintiff*
Sussman & Associates
P.O. Box 1005
Goshen, NY 10924

Dated: February 13, 2020

Benjamin Wilkinson, Esq.
Bar Roll No. 519844
*Attorneys for Defendant*
Barclay Damon LLP
80 State Street
Albany, New York 12207

1

IT IS SO ORDERED:

*[signature]*

Hon. Glenn T. Suddaby
Chief U.S. District Judge

Dated: April 17, 2020